IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:98M83

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| SEALED DEFENDANT 3:98M83 ) | |

**THIS MATTER** comes before the Court upon the motion of the United States Attorney to unseal the Affidavit in Support of the Search Warrant and other filings in the Court's file in this matter, and, it appearing to the Court that good cause has been shown for the issuance of such an Order, it is hereby **ORDERED** that the Affidavit in Support of the Search Warrant and the contents of the Court's file in this matter, be **UNSEALED**.

**SO ORDERED**.

Signed: March 8, 2006

Carl Horn, III
United States Magistrate Judge